## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| CAROLYN MCFADDEN CURENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:10-cv-1368-SWW |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | Electronically Filed |
| INSURANCE COMPANY and LITTLE ) | |
| ROCK HOUSING AUTHORITY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

The Defendant, The Lincoln National Life Insurance Company ("Lincoln National"), and the Defendant, Little Rock Housing Authority, filed their Joint Motion [doc. no. 2] seeking an extension of time through and including November 3, 2010 to answer or to otherwise respond to the Complaint.  The Plaintiff does not oppose the Defendants' Joint Motion.

Based on its review of the Joint Motion and the entire record in this cause, the Court finds sufficient cause to grant each Defendant an extension of time through and including November 3, 2010 to answer or to otherwise respond to the Complaint.  It is, therefore,

**ORDERED**, that The Lincoln National Life Insurance Company and the Little Rock Housing Authority, are granted an extension of time through and including November 3, 2010 to answer or to otherwise respond to the Plaintiff's Complaint.

Signed this 15th day of October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

Submitted for Approval By:


/s/ John M. Scannapieco
John M. Scannapieco
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2352
jscannapieco@babc.com


*Attorneys for the Defendant, The Lincoln National
Life Insurance Company*


/s/ Troy A. Price (w/ permission JS)
Troy A. Price
AR Bar No. 88010
WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue
Suite 2300
Little Rock, Arkansas 72201
(501) 212-1313
tprice@wlj.com

*Attorneys for the Defendant, Little Rock Housing
Authority*


### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid, to William F. Sherman, 809 North Palm Street, Little Rock, Arkansas 72205 on this 13th day of October, 2010.

/s/ John M. Scannapieco
John M. Scannapieco