**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **CAROLYN McFADDEN CURENTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 4:10-CV-1368 - SWW |
| ) | |
| **THE LINCOLN NATIONAL LIFE** ) | Electronically Filed |
| **INSURANCE COMPANY and LITTLE** ) | |
| **ROCK HOUSING AUTHORITY,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

The Plaintiff, Carolyn McFadden Curenton, and the Defendants, The Lincoln National Life Insurance Company ("Lincoln National") and Little Rock Housing Authority ("LRHA"), jointly moved [doc. no. 8] this Court to remand the Plaintiff's benefit claim under the Plan to Lincoln National, the Plan's claim administrator, and to dismiss this action without prejudice in order to provide the parties with the opportunity to complete the administrative review of the Plaintiff's initial claim for long term disability benefits as required under the terms of an employee welfare benefit plan (the "Plan") sponsored by LRHA and group long term disability insurance policy no. 000010067261 (the "LTD Policy") issued by Lincoln National to LRHA in order to fund benefits under the Plan.

Based on its review of the Joint Motion and the entire record in this cause, the Court finds sufficient cause to grant the parties' Joint Motion and to remand the Plaintiff's claim for

benefits under the Plan and the LTD Policy to Lincoln National and to dismiss this action without prejudice in order to provide the parties with the opportunity to complete the administrative review of the Plaintiff's claim for long term disability benefits.  It is, therefore,

**ORDERED**, that the Plaintiff's claim for benefits under the Plan is remanded to Lincoln National, in its capacity as claim administrator of the Plan in order to provide the parties with the opportunity to complete the administrative review of the Plaintiff's claim for long term disability benefits as required under the term of the Plan and group long term disability insurance policy no. 000010067261 issued by Lincoln National to LRHA in order to fund benefits under the Plan.

It is further **ORDERED**, that this case shall be dismissed without prejudice to any and all issues before the Court.

Signed this 4th day of November, 2010.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

Submitted for Approval:


  /s/ John M. Scannapieco
John M. Scannapieco
BRADLEY ARANT BOULT, CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
Tel: (615) 252-2352
Fax: (615) 252-6352
jscannapieco@babc.com

*Attorney for the Defendant, Lincoln National Life Insurance Company*

  /s/ Troy A. Price (w/ permission JS)
Troy A. Price (AR Bar No. 88010)
WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Tel: (501) 371-0808
Fax: (501) 376-9442
tprice@wlj.com

*Attorneys for the Defendant, Little Rock Housing Authority*

  /s/ William F. Sherman (w/ permission JS)
William F. Sherman (AR Bar No. 64066)
809 North Palm Street
Little Rock, Arkansas 72205
Tel: (501) 372-3148
wfsherman@sbcglobal.net

*Attorneys for the Plaintiff, Carolyn McFadden Curenton*